# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

Clifford W. Taylor,
Chief Justice

130825 & (40)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,
     Cross-Appellee,

v

                              SC: 130825
                              COA: 258336
KEITH DEMOND THOMPSON,          Genesee CC: 04-013556-FH
     Defendant-Appellee,
     Cross-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. The application for leave to appeal is GRANTED, limited to the issues: (1) whether a defendant must "keep or maintain" a vehicle used for the purpose of selling a controlled substance "continuously for an appreciable period of time" as required by *People v Griffin*, 235 Mich App 27, 32-33 (1999), in order to sustain a conviction under MCL 333.7405(1)(d); and (2) whether the evidence presented in this case was sufficient to sustain the defendant's conviction for keeping or maintaining a drug vehicle. The application for leave to appeal as cross-appellant is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. We ORDER that this case be argued and submitted to the Court together with the case of *People v Wright* (Docket No. 130295), at such future session of the Court as both cases are ready for submission. The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the questions presented in this case may move the Court for permission to file briefs amicus curiae.

      CAVANAGH, J., would grant application for leave to appeal as cross-appellant.



s0712

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk